IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROOSEVELT CARTER | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3:06-CV-1953-D |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, the findings and recommendation of the United States Magistrate Judge, and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

Petitioner's March 21, 2007 motion for bench warrant or in the alternative motion for hearing by conference call and his March 21, 2007 request for evidentiary hearing are denied.

**SO ORDERED**.

April 25, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE